AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

$282,900 contained in Bank of America,
N.A. account number xxxx-xxxx-1529,
held in the name of ACE Imports

**AFFIDAVIT AND APPLICATION FOR SEIZURE WARRANT**

CASE NUMBER:

I, __Diane Eickman__ being duly sworn depose and say:

I am a __Criminal Investigator with the United States Attorney's Office for the District of Columbia__ and have reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely: (describe the property to be seized):

    $282,900 contained in Bank of America, N.A. account number xxxx-xxxx-1529,
    held in the name of ACE Imports

which is/are: (state one or more bases for seizure under the United States Code)

    property constituting, or traceable to structured cash deposits in violation of 31 U.S.C. § 5324(a) and are, therefore, subject to seizure and forfeiture pursuant to 31 U.S.C. § 5317(c) and 18 U.S.C. §§ 981 and 984.

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

    SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN.

Continued on the attached sheet and made a part hereof.  ☒ YES  ☐ NO

Diane Lucas
Asset Forfeiture Unit, Criminal Division
(202) 514-7912

Signature of Affiant
Diane Eickman, Criminal Investigator
United States Attorney's Office for the District of Columbia

Sworn to before me, and subscribed in my presence

Date

at Washington, D.C.

Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEIZURE WARRANT

## Background

I, Diane Eickman, after being duly sworn, depose and state as follows:

1. I am a Criminal Investigator with the United States Attorney's Office for the District of Columbia and have been employed in this capacity since September 1999. I was a Special Agent with the U.S. Department of State from March 1989 until September 1999. My duties at the United States Attorney's Office for the District of Columbia include the investigation of possible criminal violations of Title 18 of the United States Code. I have personally conducted and assisted in numerous investigations of possible violations of various sections of Title 18, including violations of 18 U.S.C. §§ 1956, 1957, and 1960 and 31 U.S.C. § 5324. In addition, I completed Basic Criminal Investigator training at the Federal Law Enforcement Training Center in Brunswick, Georgia in May 1989. I have also attended training courses and seminars related to money laundering and the Bank Secrecy Act.

2. I am a member of a federal task force, led by special agents of the Internal Revenue Service, that is conducting financial investigations of possible currency structuring violations. Unless otherwise stated, the information in this affidavit is either personally known to me or has been provided to me by other law enforcement officers and/or is based on a review of various documents and records as more particularly described herein.

**PROPERTY FOR SEIZURE**

3. This affidavit supports an application for a seizure warrant for all funds up to the amount $282,900 contained in Bank of America, N.A. account number xxxx-xxxx-1529, held in the name of ACE Imports.  ACE Imports is located at 1715 Bladensburg Road NE, Washington, D.C.  Probable cause exists to believe that such funds are subject to seizure and forfeiture to the United States pursuant to 31 U.S.C. §5317(c)(2) (incorporating 18 U.S.C. §§ 981 and 984), because these funds either constitute property involved in, or traceable to, deposits structured to evade currency reporting requirements, in violations of 31 U.S.C. § 5324(a), or these funds may be seized in place of such property, because they represent the same or fungible property found in the same place or account from which the property involved in the offenses was deposited, within the one year period after April 2, 2007.

**LEGAL AUTHORITY FOR SEIZURE**

4. 31 U.S.C. § 5313 and the regulations promulgated by the Department of Treasury at 31 C.F.R. Part 103, *et seq*., require financial institutions that engage with customers in a currency transaction (i.e. a deposit or withdrawal) in excess of $10,000 to report the transactions to the Internal Revenue Service on FINCen Form 104 (formerly Form 4789), which is known as a Currency Transaction Report ("CTR").  These regulations also require that multiple transactions be treated as a single transaction if the financial institution has knowledge that the multiple transactions are being made by, or on behalf of, the same person and they result in either currency received or disbursed by the financial institution of more than $10,000 during any one business day.

5. CTRs are often used by law enforcement to uncover a variety of illegal activities, including narcotics trafficking, money laundering, terrorist financing, and tax evasion. Many individuals involved in these types of illegal activities are aware of such reporting requirements and take active steps to prevent financial institutions from filing CTRs. These active steps are referred to as "structuring" or "smurfing" and involve, among other methods, a person or persons making multiple cash deposits, in amounts of or less than $10,000, to multiple banks and/or branches of the same bank on the same day or on consecutive days. Structuring cash deposits to evade financial reporting requirements is prohibited by 31 U.S.C. § 5324(a)(3).

6. In order to establish a violation of 31 U.S.C. § 5324(a), the government must prove that a person structured or assisted in structuring, or attempted to structure or assist in structuring, any transaction with one or more domestic financial institutions in amounts no greater than $10,000 for the purpose of evading the reporting requirements of section 5313(a) or any regulation prescribed under such sections.

7. Title 31 U.S.C. § 5317 provides for the civil forfeiture of any property involved in a violation of sections 5313, 5316, or 5324 of that title, or any conspiracy to commit any such violation, and any property traceable to any such violation or conspiracy; it is further provided that the property shall be forfeited in accordance with the procedures governing money laundering forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

8. Title 18 U.S.C. § 984 provides that, in any forfeiture action *in rem* in which the subject property is cash [or] funds deposited into a financial institution, the government does not have to identify the specific property involved in the offense that is the basis for the forfeiture; it is no defense that said property has been removed and replaced by identical

property; and identical property found in the same account as the property involved in the forfeiture offense is subject to forfeiture. In essence, § 984 allows the government to seize for civil forfeiture identical property found in the same place where the "guilty" property had been kept. Section 984 does not, however, allow the government to reach back in time for additional period; a forfeiture action against property not directly traceable to the offense that is the basis for the forfeiture cannot be commenced more than one year from the date of the offense.

**FACTS SUPPORTING PROBABLE CAUSE**

9. ACE Imports is the trade name for EMO LLC, a used car sales business located at 1715 Bladensburg Road, NE, Washington, D.C. EMO LLC was organized in the District of Columbia on July 20, 2004. The Articles of Organization state that the organizers of the limited liability company, Jeffrey O. Ogunbiyi, James E. Johnson, and Michael M. Awodiya, will operate a used car business. On August 5, 2004, a Certification of Registration was issued to EMO LLC for the trade name ACE Imports.

10. ACE Imports has a bank account at Bank of America N.A., account number xxxx-xxxx-1529. The sole authorized signer on the account is Jeffrey O. Ogunbiyi.

11. I have personally examined Bank of America, N.A. records from April 2, 2007 through October 30, 2007 related to account number xxxx-xxxx-1529. My examination of account number xxxx-xxxx-1529 revealed that no single currency deposit ever exceeded $10,000. The total amount of funds deposited into account number xxxx-xxxx-1529 between April 2, 2007 through October 30, 2007 was approximately $2,838,967. Of that amount, approximately $2,401,374.32 appears to have been used to purchase vehicles.

12. Bank records reveal that on or about August 25, 2004, a representative of Bank of America N.A. sent a letter to ACE Imports, addressed to Jeffrey O. Ogunbiyi, which notified the account holder in pertinent part:

> As you know, federal law requires that the Bank file a Currency Transaction Report for all cash transactions over $10,000. It also prohibits multiple transactions of lesser amounts for the purpose of avoiding this reporting requirement; this is called "structuring"...
>
> A recent review of your account reveals that you might be "structuring" your transactions in order to avoid this reporting requirement...

13. The attached Exhibit A details the currency (cash) deposit activity of account xxxx-xxxx-1529 from April 2, 2007 through October 30, 2007. Between April 2, 2007 and October 30, 2007, there were approximately 74 cash deposits, all under $10,000, totaling $527,105 into account xxxx-xxxx-1529.

14. There were six days in which two separate deposits under $10,000 were made in a single day into account xxxx-xxxx-1529, totaling $83,810. For example, on August 13, 2007, a deposit in the amount of $9,840 was made at 11:50 a.m. at the Bank of America branch located at 722 H Street, NE, Washington, D.C. A second deposit in the amount of $9,000 was made at 1:19 p.m. at the same branch.

15. The following is a chart of same day cash deposits between April 2, 2007 and October 30, 2007.

| Day | Date | Time | Cash Deposit | Day Total | Branch |
| --- | --- | --- | --- | --- | --- |
| Monday | 4/2/07 | 12:22 pm | $7,500 | | Bowie Town |
| Monday | 4/2/07 | unknown | $2,000 | $9,500 | |
| Tuesday | 5/29/07 | 3:35 pm | $9,260 | | 722 H St.NE |
| Tuesday | 5/29/07 | unknown | $6,000 | $15,260 | Bowie |

| Monday | 7/2/07 | 11:52 am | $7,000 |  | Bowie |
| --- | --- | --- | --- | --- | --- |
| Monday | 7/2/07 | 3:01 pm | $4,000 | $11,000 | 722 H St.NE |
| Monday | 8/6/07 | 10:58 am | $6,990 |  | 722 H St. NE |
| Monday | 8/6/07 | 2:47 pm | $4,500 | $11,490 | 722 H St NE |
| Monday | 8/13/07 | 11:50 am | $9,840 |  | 722 H St NE |
| Monday | 8/13/07 | 1:19 pm | $9,000 | $18,840 | 722 H St. NE |
| Monday | 9/10/07 | 12:09 pm | $9,720 |  | Bowie |
| Monday | 9/10/07 | 12:13 pm | $8,000 | $17,720 | 722 H St. NE |

16. Of the 74 deposits, I was able to identify and confirm that on 15 occasions cash deposits of amounts under the $10,000 threshold were made on consecutive days. For example, on May 7, 2007, at 1:39 p.m. $9,350 in cash was deposited into account xxxx-xxxx-1529. On the next day, May 8, 2007, $9,000 in cash was deposited into the account.

17. The following is a chart of consecutive day cash deposits between April 2, 2007 and October 30, 2007 into the account. The total amount of the consecutive day cash deposits into account number xxxx-xxxx-1529 was $199,090. The two April 2, 2007 deposits totaling $9,500, the two August 6, 2007 deposits totaling $11,490, and the two August 13, 2007 deposits totaling $18,840 were not included in this figure because they were accounted for in the same day total figure above in paragraph 15.

| Day | Date | Time | Amount | Branch |
| --- | --- | --- | --- | --- |
| Monday | 4/2/07 | 12:22 pm, unk. | $7,500, $2,000 | Bowie, unk. |
| Tuesday | 4/3/07 | 2:53 pm | $8,000 | Port Towns |
| Tuesday | 4/10/07 | 4:39 pm | $6,000 | 722 H St NE |
| Wednesday | 4/11/07 | 3:10 pm | $7,950 | 722 H St NE |
| Thursday | 4/12/07 | 4:04 pm | $9,600 | 722 H St NE |

| Friday | 4/13/07 | 3:51 pm | $9,600 | 722 H St NE |
|---|---|---|---|---|
| Monday | 5/7/07 | 1:39 pm | $9,350 | 722 H St NE |
| Tuesday | 5/8/07 | 2:40 pm | $9,000 | Bowie Town |
| Monday | 5/21/07 | unknown | $9,000 | Bowie Town |
| Tuesday | 5/22/07 | 12:48 pm | $9,800 | 722 H St NE |
| Thursday | 5/24/07 | 4:28 pm | $9,800 | 722 H St NE |
| Friday | 5/25/07 | unknown | $9,200 | Bowie Town |
| Thursday | 5/31/07 | 4:21 pm | $9,800 | 722 H St NE |
| Friday | 6/1/07 | 1:24 pm | $9,750 | 722 H St NE |
| Wednesday | 7/18/07 | 4:10 pm | $4,200 | 722 H St NE |
| Thursday | 7/19/07 | 4:08 pm | $7,000 | 722 H St NE |
| Friday | 7/20/07 | 3:53 pm | $8,000 | 722 H St NE |
| Monday | 7/23/07 | 12:32 pm | $9,000 | 722 H St NE |
| Tuesday | 7/24/07 | 12:55 pm | $9,000 | 722 H St NE |
| Monday | 8/6/07 | 10:58 am | $6,990 | 722 H St NE |
| Monday | 8/6/07 | 2:47 pm | $4,500 | 722 H St NE |
| Tuesday | 8/7/07 | 11:31 am | $4,300 | 722 H St NE |
| Wednesday | 8/8/07 | 2:53 pm | $5,800 | 722 H St NE |
| Monday | 8/13/07 | 11:50 am | $9,840 | 722 H St NE |
| Monday | 8/13/07 | 1:19 pm | $9,000 | 722 H St NE |
| Tuesday | 8/14/07 | 1:35 pm | $9,790 | 722 H St NE |
| Tuesday | 9/4/07 | unk. | $4,000 | Bowie |
| Wednesday | 9/5/07 | 4:21 pm | $6,000 | 722 H St NE |
| Monday | 10/1/07 | unk | $6,150 | 722 H St NE |
| Tuesday | 10/2/07 | 3:08 pm | $9,000 | 722 H St NE |

18.  Based on my training and experience, I know that multiple cash deposits in amounts ranging between $7,000 and $10,000 over a short period of time can indicate the

breaking up of a larger amount of money into smaller deposits to avoid triggering the filing of a CTR (mandatory for amounts in excess of $10,000). In short, this kind of activity is indicative of structuring. Based on my experience, there is probable cause to believe that the business is accumulating cash and depositing it piecemeal in such a manner so as to not trigger a CTR.

19. Finally, the Financial Crimes Enforcement Network (FinCEN) is responsible for administering the Bank Secrecy Act. In furtherance of this mission, FinCEN maintains a database of Bank Secrecy Act forms, including Form 8300, entitled "Report of Cash Payments Over $10,000 Received in a Trade or Business." A review of the FINCEN database does not reveal that ACE Import has filed any Form 8300s since the business was organized.

## CONCLUSION

20. In this case, my investigation shows that for the period from April 2, 2007 through October 30, 2007, cash deposits totaling at least $282,900 were structured into Bank of America, N.A. account number xxxx-xxxx-1529.

21. Based on the information provided in this affidavit, there is probable cause to believe that all funds, up to the amount of $282,900 contained in Bank of America account number xxxx-xxxx-1529 constitute property involved in or traceable to structured cash deposits in violation of 31 U.S.C. § 5324(a) and are, therefore, subject to seizure and forfeiture pursuant to 18 U.S.C. §§ 981 and 984.

22. Given that money is fungible, I cannot identify the specific structured proceeds in the account at this time. Pursuant to 18 U.S.C. § 984, however, the funds on deposit in Bank

of America, N.A. account number xxxx-xxxx-1529, up to $282,900, which is an amount of structured funds from April 2, 2007 through October 30, 2007, are forfeitable and subject to seizure.

23. Therefore, I request the issuance of a seizure warrant for the following personal property: Funds on deposit and credit to account number xxxx-xxxx-1529 held in the name of ACE Imports at Bank of America, N.A. up to $282,900.

The statements above are true and accurate to the best of my knowledge and belief.

_____
Diane Eickman
Criminal Investigator
U.S. Attorney's Office for the District of Columbia

Subscribed to and sworn before me on this _____ day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

|  |  | ACE Imports |  |  |  |
|---|---|---|---|---|---|
|  |  | Jeffrey O Ogunbiyi Prop |  |  |  |
|  |  | Account Number |  |  |  |
|  |  | xxxx-xxxx-1529 |  |  |  |
|  |  |  |  |  |  |
| Day the Week | Date | Time of Transaction | Cash Deposit Amount | Total Amount of Cash Deposited in One Day | Address of Branch |
| Mon | 4/2/2007 | 12:22 PM | $ 7,500.00 |  | Bowie Town Center, MD |
|  | 4/2/2007 | Unk | $ 2,000.00 | $ 9,500.00 | Unk |
| Tues | 4/3/2007 | 2:53 PM | $ 8,000.00 |  | Port Towns, MD |
| Wed | 4/4/2007 |  |  |  |  |
| Thurs | 4/5/2007 |  |  |  |  |
| Fri | 4/6/2007 | 1:37 PM | $ 9,000.00 |  | Blair Road |
| Sat | 4/7/2007 |  |  |  |  |
| Sun | 4/8/2007 |  |  |  |  |
| Mon | 4/9/2007 |  |  |  |  |
| Tues | 4/10/2007 | 4:39 PM | $ 6,000.00 |  | 722 H Street, NE, Washington, DC |
| Wed | 4/11/2007 | 3:10 PM | $ 7,950.00 |  | 722 H Street, NE, Washington, DC |
| Thurs | 4/12/2007 | 4:04 PM | $ 9,600.00 |  | 722 H Street, NE, Washington, DC |
| Fri | 4/13/2007 | 3:51 PM | $ 9,600.00 |  | 722 H Street, NE, Washington, DC |
| Sat | 4/14/2007 |  |  |  |  |
| Sun | 4/15/2007 |  |  |  |  |
| Mon | 4/16/2007 |  |  |  |  |
| Tues | 4/17/2007 |  |  |  |  |
| Wed | 4/18/2007 |  |  |  |  |
| Thurs | 4/19/2007 |  |  |  |  |
| Fri | 4/20/2007 | 3:33 PM | $ 9,920.00 |  | 722 H Street, NE, Washington, DC |
| Sat | 4/21/2007 |  |  |  |  |
| Sun | 4/22/2007 |  |  |  |  |
| Mon | 4/23/2007 |  |  |  |  |
| Tues | 4/24/2007 | 12:42 PM | $ 7,600.00 |  | Mt. Rainer |
| Wed | 4/25/2007 |  |  |  |  |
| Thurs | 4/26/2007 | 1:31 PM | $ 9,500.00 |  | 722 H Street, NE, Washington, DC |

| Day | Date | Time | Amount | | Location |
|---|---|---|---|---|---|
| Fri | 4/27/2007 | | | | |
| Sat | 4/28/2007 | | | | |
| Sun | 4/29/2007 | | | | |
| Mon | 4/30/2007 | Unk | $ 4,800.00 | | Bowie Town Center, MD |
| Tues | 5/1/2007 | | | | |
| Wed | 5/2/2007 | | | | |
| Thurs | 5/3/2007 | 5:00 PM | $ 9,960.00 | | 722 H Street, NE, Washington, DC |
| Fri | 5/4/2007 | | | | |
| Sat | 5/5/2007 | | | | |
| Sun | 5/6/2007 | | | | |
| Mon | 5/7/2007 | 1:39 PM | $ 9,350.00 | | 722 H Street, NE, Washington, DC |
| Tues | 5/8/2007 | 2:40 PM | $ 9,000.00 | | Bowie Town Center, MD |
| Wed | 5/9/2007 | | | | |
| Thurs | 5/10/2007 | 3:00 PM | $ 9,800.00 | | Port Towns |
| Fri | 5/11/2007 | | | | |
| Sat | 5/12/2007 | | | | |
| Sun | 5/13/2007 | | | | |
| Mon | 5/14/2007 | Unk | $ 7,000.00 | | 722 H Street, NE, Washington, DC |
| Tues | 5/15/2007 | | | | |
| Wed | 5/16/2007 | 2:39 PM | $ 2,000.00 | | Landover Hills, MD |
| Thurs | 5/17/2007 | 1:56 PM | $ 4,500.00 | | 722 H Street, NE, Washington, DC |
| Fri | 5/18/2007 | 4:28 PM | $ 7,500.00 | | Greenspring Station |
| Sat | 5/19/2007 | | | | |
| Sun | 5/20/2007 | | | | |
| Mon | 5/21/2007 | Unk | $ 9,000.00 | | Bowie Town Center, MD |
| Tues | 5/22/2007 | 12:48 PM | $ 9,800.00 | | 722 H Street, NE, Washington, DC |
| Wed | 5/23/2007 | | | | |
| Thurs | 5/24/2007 | 4:28 PM | $ 9,800.00 | | 722 H Street, NE, Washington, DC |
| Fri | 5/25/2007 | Unk | $ 9,200.00 | | Bowie Town Center, MD |

| Day | Date | Time | Amount | Total | Location |
|---|---|---|---|---|---|
| Sat | 5/26/2007 | | | | |
| Sun | 5/27/2007 | | | | |
| Mon | 5/28/2007 | | | | |
| Tues | 5/29/2007 | 3:35 PM | $ 9,260.00 | | 722 H Street, NE, Washington, DC |
| | 5/29/2007 | Unk | $ 6,000.00 | $ 15,260.00 | Bowie Town Center, MD |
| Wed | 5/30/2007 | | | | |
| Thurs | 5/31/2007 | 4:21 PM | $ 9,800.00 | | 722 H Street, NE, Washington, DC |
| Fri | 6/1/2007 | 1:24 PM | $ 9,750.00 | | 722 H Street, NE, Washington, DC |
| Sat | 6/2/2007 | | | | |
| Sun | 6/3/2007 | | | | |
| Mon | 6/4/2007 | | | | |
| Tues | 6/5/2007 | | | | |
| Wed | 6/6/2007 | | | | |
| Thurs | 6/7/2007 | | | | |
| Fri | 6/8/2007 | | | | |
| Sat | 6/9/2007 | | | | |
| Sun | 6/10/2007 | | | | |
| Mon | 6/11/2007 | | | | |
| Tues | 6/12/2007 | 3:23 PM | $ 4,000.00 | | 722 H Street, NE, Washington, DC |
| Wed | 6/13/2007 | | | | |
| Thurs | 6/14/2007 | Unk | $ 4,000.00 | | Greenspring Station |
| Fri | 6/15/2007 | | | | |
| Sat | 6/16/2007 | | | | |
| Sun | 6/17/2007 | | | | |
| Mon | 6/18/2007 | Unk | $ 9,800.00 | | Bowie Town Center, MD |
| Tues | 6/19/2007 | | | | |
| Wed | 6/20/2007 | | | | |
| Thurs | 6/21/2007 | 2:05 PM | $ 5,450.00 | | Port Towns |
| Fri | 6/22/2007 | | | | |
| Sat | 6/23/2007 | | | | |
| Sun | 6/24/2007 | | | | |
| Mon | 6/25/2007 | Unk | $ 4,400.00 | | Bowie Town Center, MD |
| Tues | 6/26/2007 | | | | |

| Day | Date | Time | Amount | | Location |
|---|---|---|---|---|---|
| Wed | 6/27/2007 | 4:45 PM | $ 6,700.00 | | 722 H Street, NE, Washington, DC |
| Thurs | 6/28/2007 | | | | |
| Fri | 6/29/2007 | Unk | $ 9,700.00 | | Bowie Town Center, MD |
| Sat | 6/30/2007 | | | | |
| Sun | 7/1/2007 | | | | |
| Mon | 7/2/2007 | 11:52 AM | $ 7,000.00 | | Bowie Town Center, MD |
| | 7/2/2007 | 3:01 PM | $ 4,000.00 | $ 11,000.00 | 722 H Street, NE, Washington, DC |
| Tues | 7/3/2007 | 4:06 PM | $ 6,050.00 | | 722 H Street, NE, Washington, DC |
| Wed | 7/4/2007 | | | | |
| Thurs | 7/5/2007 | 4:06 PM | $ 5,000.00 | | 722 H Street, NE |
| Fri | 7/6/2007 | 3:37 PM | $ 9,970.00 | | 722 H Street, NE |
| Sat | 7/7/2007 | | | | |
| Sun | 7/8/2007 | | | | |
| Mon | 7/9/2007 | 2:31 PM | $ 9,800.00 | | 722 H Street, NE, Washington, DC |
| Tues | 7/10/2007 | | | | |
| Wed | 7/11/2007 | 4:47 PM | $ 9,750.00 | | 722 H Street, NE, Washington, DC |
| Thurs | 7/12/2007 | | | | |
| Fri | 7/13/2007 | 4:50 PM | $ 6,000.00 | | 722 H Street, NE, Washington, DC |
| Sat | 7/14/2007 | | | | |
| Sun | 7/15/2007 | | | | |
| Mon | 7/16/2007 | 4:06 PM | $ 1,000.00 | | 722 H Street, NE, Washington, DC |
| Tues | 7/17/2007 | | | | |
| Wed | 7/18/2007 | 4:10 PM | $ 4,200.00 | | 722 H Street, NE, Washington, DC |
| Thurs | 7/19/2007 | 4:08 PM | $ 7,000.00 | | 722 H Street, NE, Washington, DC |
| Fri | 7/20/2007 | 3:53 PM | $ 8,000.00 | | 722 H Street, NE, Washington, DC |

| Day | Date | Time | Amount | Total | Location |
|---|---|---|---|---|---|
| Sat | 7/21/2007 | | | | |
| Sun | 7/22/2007 | | | | |
| Mon | 7/23/2007 | 12:32 PM | $ 9,000.00 | | 722 H Street, NE, Washington, DC |
| Tues | 7/24/2007 | 12:55 PM | $ 9,000.00 | | 722 H Street, NE, Washington, DC |
| Wed | 7/25/2007 | | | | |
| Thurs | 7/26/2007 | | | | |
| Fri | 7/27/2007 | | | | |
| Sat | 7/28/2007 | | | | |
| Sun | 7/29/2007 | | | | |
| Mon | 7/30/2007 | | | | |
| Tues | 7/31/2007 | | | | |
| Wed | 8/1/2007 | | | | |
| Thurs | 8/2/2007 | | | | |
| Fri | 8/3/2007 | | | | |
| Sat | 8/4/2007 | | | | |
| Sun | 8/5/2007 | | | | |
| Mon | 8/6/2007 | 10:58 AM | $ 6,990.00 | | 722 H Street, NE, Washington, DC |
| | 8/6/2007 | 2:47 PM | $ 4,500.00 | $ 11,490.00 | 722 H Street, NE, Washington, DC |
| Tues | 8/7/2007 | 11:31 AM | $ 4,300.00 | | 722 H Street, NE, Washington, DC |
| Wed | 8/8/2007 | 2:53 PM | $ 5,800.00 | | 722 H Street, NE, Washington, DC |
| Thurs | 8/9/2007 | | | | |
| Fri | 8/10/2007 | | | | |
| Sat | 8/11/2007 | | | | |
| Sun | 8/12/2007 | | | | |
| Mon | 8/13/2007 | 11:50 AM | $ 9,840.00 | | 722 H Street, NE, Washington, DC |
| | 8/13/2007 | 1:19 PM | $ 9,000.00 | $ 18,840.00 | 722 H Street, NE, Washington, DC |
| Tues | 8/14/2007 | 1:35 PM | $ 9,790.00 | | 722 H Street, NE, Washington, DC |
| Wed | 8/15/2007 | | | | |

| Day | Date | Time | Amount | | Total | Location |
|---|---|---|---|---|---|---|
| Thurs | 8/16/2007 | 2:42 PM | $ | 9,700.00 | | 722 H Street, NE, Washington, DC |
| Fri | 8/17/2007 | | | | | |
| Sat | 8/18/2007 | | | | | |
| Sun | 8/19/2007 | | | | | |
| Mon | 8/20/2007 | | | | | |
| Tues | 8/21/2007 | | | | | |
| Wed | 8/22/2007 | | | | | |
| Thurs | 8/23/2007 | 4:10 PM | $ | 1,405.00 | | Greenspring Station |
| Fri | 8/24/2007 | | | | | |
| Sat | 8/25/2007 | | | | | |
| Sun | 8/26/2007 | | | | | |
| Mon | 8/27/2007 | | | | | |
| Tues | 8/28/2007 | | | | | |
| Wed | 8/29/2007 | | | | | |
| Thurs | 8/30/2007 | 2:14 PM | $ | 5,000.00 | | 722 H Street, NE, Washington, DC |
| Fri | 8/31/2007 | | | | | |
| Sat | 9/1/2007 | | | | | |
| Sun | 9/2/2007 | | | | | |
| Mon | 9/3/2007 | | | | | |
| Tues | 9/4/2007 | Unk | $ | 4,000.00 | | Bowie Town Center, MD |
| Wed | 9/5/2007 | 4:21 PM | $ | 6,000.00 | | 722 H Street, NE, Washington, DC |
| Thurs | 9/6/2007 | | | | | |
| Fri | 9/7/2007 | | | | | |
| Sat | 9/8/2007 | | | | | |
| Sun | 9/9/2007 | | | | | |
| Mon | 9/10/2007 | 12:09 PM | $ | 9,720.00 | | Bowie Town Center, MD |
| | 9/10/2007 | 12:13 PM | $ | 8,000.00 | $ 17,720.00 | 722 H Street, NE, Washington, DC |
| Tues | 9/11/2007 | | | | | |
| Wed | 9/12/2007 | | | | | |
| Thurs | 9/13/2007 | | | | | |
| Fri | 9/14/2007 | 2:50 PM | $ | 9,800.00 | | 722 H Street, NE, Washington, DC |
| Sat | 9/15/2007 | | | | | |
| Sun | 9/16/2007 | | | | | |
| Mon | 9/17/2007 | | | | | |

| Day | Date | Time | Amount | | Location |
|---|---|---|---|---|---|
| Tues | 9/18/2007 | | | | |
| Wed | 9/19/2007 | 12:34 PM | $ 7,500.00 | | Port Towns |
| Thurs | 9/20/2007 | | | | |
| Fri | 9/21/2007 | | | | |
| Sat | 9/22/2007 | | | | |
| Sun | 9/23/2007 | | | | |
| Mon | 9/24/2007 | | | | |
| Tues | 9/25/2007 | Unk | $ 4,500.00 | | Port Towns |
| Wed | 9/26/2007 | | | | |
| Thurs | 9/27/2007 | | | | |
| Fri | 9/28/2007 | | | | |
| Sat | 9/29/2007 | | | | |
| Sun | 9/30/2007 | | | | |
| Mon | 10/1/2007 | Unk | $ 6,150.00 | | 722 H Street, NE, Washington, DC |
| Tues | 10/2/2007 | 3:08 PM | $ 9,000.00 | | 722 H Street, NE, Washington, DC |
| Wed | 10/3/2007 | | | | |
| Thurs | 10/4/2007 | | | | |
| Fri | 10/5/2007 | | | | |
| Sat | 10/6/2007 | | | | |
| Sun | 10/7/2007 | | | | |
| Mon | 10/8/2007 | | | | |
| Tues | 10/9/2007 | 1:46 PM | $ 7,800.00 | | 722 H Street, NE, Washington, DC |
| Wed | 10/10/2007 | | | | |
| Thurs | 10/11/2007 | 2:28 PM | $ 4,800.00 | | Port Towns |
| Fri | 10/12/2007 | | | | |
| Sat | 10/13/2007 | | | | |
| Sun | 10/14/2007 | | | | |
| Mon | 10/15/2007 | 4:16 PM | $ 9,000.00 | | Port Towns |
| Tues | 10/16/2007 | | | | |
| Wed | 10/17/2007 | | | | |
| Thurs | 10/18/2007 | | | | |
| Fri | 10/19/2007 | | | | |
| Sat | 10/20/2007 | | | | |
| Sun | 10/21/2007 | | | | |
| Mon | 10/22/2007 | 3:11 PM | $ 1,300.00 | | Port Towns |
| Tues | 10/23/2007 | | | | |
| Wed | 10/24/2007 | | | | |
| Thurs | 10/25/2007 | 3:28 PM | $ 1,200.00 | | Seabrook |
| Fri | 10/26/2007 | | | | |
| Sat | 10/27/2007 | | | | |
| Sun | 10/28/2007 | | | | |

| Mon  | 10/29/2007 |         |    |            |            |
|------|------------|---------|----|------------|------------|
| Tues | 10/30/2007 | 2:06 PM | $  | 9,000.00   | Port Towns |
|      |            |         | $  | 527,105.00 |            |